# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JIMMY SHANE CANTRELL                                                 PLAINTIFF
ADC #98730

v.                   NO: 5:05CV000081 JLH/HDY

G. HARRIS, *et al.*                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion for an order of contempt (docket entry #8) is DENIED.

2. Plaintiff's motions for appointment of counsel (docket entries #1, #8) are DENIED.

IT IS SO ORDERED this __21st__ day of July, 2005.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE