**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JIMMY SHANE CANTRELL                                                                                    PLAINTIFF
ADC #98730

V.                                            No. 5:05CV00081 JLH/HDY

GRANT HARRIS, *et al.*                                                                                 DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to certify a class (docket entry #25) is DENIED.

DATED this __7th__ day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE